| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
| (Rev. 2/88) | 0650 3:12CR00063 - 1 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>Middle District of Tennessee | DIVISION |
|---|---|---|
| Eric Holverson<br>427 Langford Rd<br>Sparta, TN 38583 | NAME OF SENTENCING JUDGE<br>The Honorable William C. Griesbach, District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>01/26/2012 | TO<br>01/25/2015 |

OFFENSE
Conversion of Property Mortgaged to Farm Credit Agency

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ___Western District of Virginia___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-19-13
*Date*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

Assigned Officer Initials JRH